# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
     v. ) CR NO: 1:09-cr-272 AWI
)
Sergio Vasquez

**FILED JUN 10 2010**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum.

Name of Detainee: **SERGIO VASQUEZ**

Detained at (custodian): **CASP-SAN QUENTIN**

Detainee is: a.) ☒ charged in this district by:
    ☒ Indictment      ☐ Information      ☐ Complaint
    Charging Detainee With: **Conspiring to Distribute Heroin, 21 U.S.C. 846 and 841(a)(1)**

or   b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
or   b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Forthwith in the Eastern District of California.*

Signature: _____
Printed Name & Phone No: **Kathleen A. Servatius, (559) 497-4077**
Attorney of Record for: United States of America

### WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *Forthwith*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date 6/10/10          _____ United States District/Magistrate Judge

Please provide the following, if known:

| Field | Value | | |
|---|---|---|---|
| AKA(s) (if applicable): | Vasquez, Sergio | Male ☒ | Female ☐ |
| Booking or CDC #: | AD2353 | DOB: | 9/17/70 |
| Facility Address: | San Quentin State Prison | Race: | |
| | San Quentin, CA 94974 | FBI #: | 594888DC8 |
| Facility Phone: | (415) 454-1460 | | |
| Currently Incarcerated For: | | | |

---

#### RETURN OF SERVICE

Executed on _____ by _____

(Signature)

Form Crim-48          Revised 11/19/97